# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

FRANK CUSHENBERRY AND ROBIN
CUSHENBERRY, INDIVIDUALLY
AND ON BEHALF OF THE MINOR
CHILDREN, NOAH CUSHENBERRY
AND KHLOE CUSHENBERRY

NO.  2021 CW 0005

VERSUS

JOHNNY SCOTT AND BARBER
BROTHERS CONTRACTING
COMPANY, LLC LOUISIANA

CONSOLIDATED WITH

BARBER BROTHERS CONTRACTING
COMPANY, LLC

VERSUS

CAPITOL CITY PRODUCE
COMPANY, LLC, FRANK
CUSHENBERRY AND XYZ
INSURANCE COMPANY

**MARCH 02, 2021**

---

In Re:    Johnny Scott, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 674957 c/w 672217.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DISMISSED.**  This writ application is dismissed
pursuant to relator's correspondence advising that all claims by
plaintiffs against relator have been dismissed with prejudice
and this writ application is now moot.

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT